

FILED

10/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0469

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0469

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHESTER BAUER,

Defendant and Appellant.

**ORDER**

FILED

OCT 0 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Chad Wright, Appellate Defender for Defendant and Appellant Chester Bauer (Bauer), has petitioned for an out-of-time appeal from the Judgment entered on July 14, 2020, by the Third Judicial District Court, Deer Lodge County, in Cause No. DC 00-25. The Attorney General's Office does not oppose this petition.

Mr. Wright asserts Bauer's appeal was not timely filed through no fault of Bauer's but rather because of a miscommunication between trial and appellate counsel regarding the responsibility to perfect the appeal process after resentencing

Since his appeal is untimely under M. R. App. P. 4(5), Bauer moves this Court for leave to pursue an out-of-time appeal. We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice." Mr. Wright argues that such would occur here if Bauer were denied his right to appeal based on counsel's failure to timely file a notice of appeal. We agree.

Therefore,

IT IS ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that Appellant shall have thirty days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 6th day of October, 2020.

_____

_____

_____

_____

_____
Justices